**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00855-CMA-BNB

UNITED STATES OF AMERICA, *ex rel.*,
SIMPLEXGRINNELL, LP,

    Plaintiff,

v.

B&M CONSTRUCTION, INC.,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and
AMERICAN PAINT BOOTHS, INC.,

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO STAY**

---

    This matter is before the Court on the parties' Stipulated Motion for Stay In Light of Settlement (Doc. # 6).  The Court having reviewed the motion and good cause being shown, IT IS HEREBY ORDERED that:

    1.    This action is STAYED until further order of the Court, in light of a settlement agreement that has been reached;

    2.    On or before August 20, 2009, the parties shall file either a joint status report or appropriate settlement papers.

    DATED:  May  14 , 2009

                                BY THE COURT:

                                */s/ Christine M. Arguello*
                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge