**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00855-CMA-BNB

UNITED STATES OF AMERICA, *ex rel.*,
SIMPLEXGRINNELL, LP,

    Plaintiff,

v.

B&M CONSTRUCTION, INC.,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and
AMERICAN PAINT BOOTHS, INC.,

    Defendants.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii) and the Stipulated Request for Dismissal of All Claims With Prejudice (Doc. # 8) signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay its own costs.

    DATED:  September __2__, 2008

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge